# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA DIVISION

MICHAEL HASPEL,

    Plaintiff,

v.

                             **CASE NO.:** 5:23-CV-00083-MCR/MJF

CENTURION OF FLORIDA, LLC, *et al.*,
,

    Defendants.

_____/

## **DEFENDANT'S NOTICE OF APPEARANCE**

Ethen R. Shapiro of the law firm of Hill Ward Henderson gives Notice of Appearance as counsel for Defendants, Centurion of Florida, LLC, Morgan Fisher, LPN, Pamela Jansen, PA, and Niki Hesser, RN. The undersigned should be added to all service lists and should be copied on all papers and pleadings in this action. The undersigned also certifies that he is admitted to practice in this Court and is registered with CM/ECF.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notification of filing to counsel of record. I further certify that I provided the foregoing document by first-class U.S. mail to the following non-CM/ECF participant: Michael Haspel, (DC #D44377) Marion Correctional Institution, P.O. Box 158 Lowell, Florida 32663-0158.

                                                /s/ Ethen R. Shapiro
                                        Ethen R. Shapiro (FBN 669881)
                                        Hill Ward Henderson
                                        P.O. Box 2231
                                        Tampa, FL 33601-2231
                                        (813)221-3900 / (813)221-2900 – facsimile
                                        Ethen.Shapiro@hwhlaw.com
                                        *Attorneys for Defendant Centurion of Florida,*
                                        *LLC, Morgan Fisher, LPN, Pamela Jansen, PA,*
                                        *and Niki Hesser, RN.*