UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MICHAEL HASPEL,

    Plaintiff,

v.                                  Case No. 5:23-cv-83-MCR-MJF

CENTURION OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated October 7, 2025, ECF No. 105. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has conducted a *de novo* review of all timely filed objections.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 105, is adopted and incorporated by reference into this Order.

2. Defendants' motion to dismiss, ECF No. 95, is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Defendants' motion is **GRANTED** with respect to Plaintiff's claims against Centurion, Nurse Machuca and Nurse Fisher.

   b. Defendants' motion is **DENIED** with respect to Plaintiff's claims against Nurse Hesser, Nurse Haney and Physician Assistant Jansen.

   c. Defendants' motion is **DENIED without prejudice** on the issue of punitive damages.

3. The following claims are **DISMISSED WITH PREJUDICE**:

   a. Plaintiff's claims against Centurion, Nurse Machuca and Nurse Fisher.

4. This case is **RETURNED** to the Magistrate Judge for further pretrial proceedings on Plaintiff's claims against Defendants Hesser, Haney and Jansen.

**DONE** and **ORDERED** this 13th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**